Judith Michaels Morrow (CA SBN #115109)
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 781-5744
Fax (415) 392-8208
Email: judithmorrow@pacbell.net

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Alexey Stepanov,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**Michael Chertoff, Secretary, Department of Homeland Security, et al.**<br><br>    Defendants. | Case No.: C 07-02492 RS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636©, the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 05/16/2007                            /s/
                                                    Signature

                                            Counsel for ____Plaintiff____
                                            (Plaintiff, Defendant, or indicate "pro se")