# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Alexey Stepanov

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

DHS, Michael Chertoff, Sec.; U.S. Att. Gen. Alberto R. Gonzales; USCIS, Emilio T. Gonzalez, Dir., F. Gerard Heinauer, Dir., Neb. Svc Ctr, FBI, Robert S. Mueller, III Dir.

C 07 2492 RS

TO: (Name and address of defendant)

| | | | |
|---|---|---|---|
| Michael Chertoff | Alberto Gonzales | F. Gerard Heinauer | Robert S. Mueller, III |
| Emilio T. Gonzalez | Attorney General | Director | Office of General Counsel |
| Office of General Counsel | U.S. Dept. of Justice | USCIS Neb Svc Ctr | FBI |
| DHS | 950 Pennsylvania Ave., NW | 850 S Street | J. Edgar Hoover Building |
| Washington, DC 20528 | Washington, DC 20530 | Lincoln, NE 68508 | 935 Pennsylvania Ave, NW Washington, D.C. 20535 |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Judith Michaels Morrow, Esq.
400 Montgomery Street, Suite 810
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

[signature]

(BY) DEPUTY CLERK

DATE  MAY - 9 2007

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | May 10, 2007 |
| Name of SERVER<br>Judith Michaels Morrow | TITLE<br>Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 26, 2007
             Date

Signature of Server

400 Montgomery St #810
Address of Server   San Francisco, CA 94104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0000 7019 7209**
Detailed Results:
- Delivered, May 14, 2007, 11:13 am, WASHINGTON, DC 20528
- Arrival at Unit, May 14, 2007, 7:46 am, WASHINGTON, DC 20022
- Acceptance, May 10, 2007, 10:01 am, SAN FRANCISCO, CA 94111

( < Back )    ( Return to USPS.com Home > )

Track & Confirm
Enter Label/Receipt Number.
( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )


POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy





http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do

Page 1 of 1



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0002 0383 1236**
Detailed Results:

- **Delivered, May 15, 2007, 3:24 am, WASHINGTON, DC 20535**
- **Notice Left, May 14, 2007, 10:24 am, WASHINGTON, DC 20535**
- **Arrival at Unit, May 14, 2007, 10:00 am, WASHINGTON, DC 20022**
- **Acceptance, May 10, 2007, 9:59 am, SAN FRANCISCO, CA 94111**

( < Back )    ( Return to USPS.com Home > )

### Track & Confirm
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

 POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy




U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | $1.35 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.60    05/10/2007 |

Sent To Robert S Mueller III  Director FBI
Street, Apt. No. Office of Gen'l Counsel  J. Edgar Hoover Bldg
or PO Box No. 935 Pennsylvania Ave
City, State, ZIP+4 Washington, DC 20535

PS Form 3800, June 2002    See Reverse for Instructions

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    Page 1 of 1

## Receipt 1 (Top)

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Number: 7006 3450 0000 7016 9725

| Item | Amount |
|---|---|
| Postage | $1.35 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.60 |

Postmark: MAY 10 2007, GATEWAY STATION, SAN FRANCISCO, CA 94126 — 05/10/2007

Sent To: F. Gerard Heinauer, Ctr. Director
Street, Apt. No.; or PO Box No.: USCIS Nebraska Svc Ctr
City, State, ZIP+4: 850 "S" Street, Lincoln, NE 68508

PS Form 3800, August 2006

### Return Receipt (PS Form 3811)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   F. Gerard Heinauer
   Center Director
   USCIS Nebraska Service Ctr
   850 S Street
   Lincoln, NE 68508

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): F. Gerard Heinauer
C. Date of Delivery: 05/15/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0000 7016 9725

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

## Receipt 2 (Middle)

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Number: 7006 0100 0002 0383 1243

| Item | Amount |
|---|---|
| Postage | $1.35 |
| Certified Fee | $2.40 |
| Return Receipt Fee | $1.85 |
| Restricted Delivery Fee | $0.00 |
| Total Postage & Fees | $5.60 |

Postmark: MAY 10 2007, GATEWAY STATION, SAN FRANCISCO, CA 94126 — 05/10/2007

Sent To: Alberto Gonzalez, Atty Gen'l DOJ
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, June 2002

### Return Receipt (PS Form 3811)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Alberto Gonzalez
   Attorney General
   U.S. Department of Justice
   950 Pennsylvania Ave. NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: MAY 15 2007
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7006 0100 0002 0383 1243

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

## Receipt 3 (Bottom)

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Number: 7006 3450 0000 7016 9770

| Item | Amount |
|---|---|
| Postage | $1.35 |
| Certified Fee | $2.40 |
| Return Receipt Fee | $1.85 |
| Restricted Delivery Fee | $0.00 |
| Total Postage & Fees | $5.60 |

Postmark: MAY 10 2007, GATEWAY STATION, SAN FRANCISCO, CA 94126 — 05/10/2007

Sent To: Scott Schools, Esq. US Atty's Office
Street, Apt. No.; or PO Box No.: 450 Golden Gate Ave, P.O. Box 36055
City, State, ZIP+4: San Francisco, CA 94102

PS Form 3800, August 2006

### Return Receipt (PS Form 3811)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Scott Schools, Esq.
   U.S. Attorney's Office
   450 Golden Gate Ave.
   P.O. Box 36055
   San Francisco, CA 94102

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X Rajnoisha B[...] — ☒ Agent ☐ Addressee
B. Received by (Printed Name): Rajnoisha B[...]
C. Date of Delivery: 5/11/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7006 3450 0000 7016 9770

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery MAY 21 2007 |
| 1. Article Addressed to:<br><br>Michael Chertoff, Sec'y<br>Department of Homeland Security<br>Office of General Counsel<br>Washington, DC 20528<br><br>SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAY 2 1 2007<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0000 7019 7216 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $1.35 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.60   05/10/2007 |

Postmark: SAN FRANCISCO, CA 94126 GATEWAY STATION MAY 10 2007 USPS

Article: 7006 3450 0000 7019 7216

Sent To: Michael Chertoff, Sec'y Office of Gen'l Counsel
Street, Apt. No.; or PO Box No.: DHS
City, State, ZIP+4: Washington, DC 20528

PS Form 3800, August 2006   See Reverse for Instructions