SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEXEY STEPANOV,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ALBERTO GONZALEZ, Attorney General; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; F. GERARD HEINAUER, Director, Nebraska Service Center, United States Citizenship and Immigration Services; and ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation,<br><br>　　　　　Defendants. | No. C 07-2492 RS<br><br>ANSWER |

　　Defendants hereby submit their answer to Plaintiff's Complaint for Writ in the Nature of Mandamus.

　　1. Defendants admit the first sentence of Paragraph One; however, the Defendants deny that they have improperly withheld action on Plaintiff's application to his detriment.

**PARTIES**

　　2. Defendants admit the allegations in Paragraph Two.

　　3. Defendants admit the allegations in Paragraph Three.

ANSWER
C07-2492 RS　　　　　　　　　　　　　　　1

1. 4. Defendants admit the allegations in Paragraph Four.
2. 5. Defendants admit the allegations in Paragraph Five.
3. 6. Defendants admit the allegations in Paragraph Six.
4. 7. Defendants admit the allegations in Paragraph Seven.

## JURISDICTION

8. Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

## VENUE

9. Paragraph Nine consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

## EXHAUSTION OF REMEDIES

10. Defendants deny that Plaintiff has exhausted his administrative remedies.

## CAUSE OF ACTION

11. Defendants admit the first three sentences and the last sentence of Paragraph Eleven. Defendants deny the remaining allegations in Paragraph Eleven.

12. Defendants deny the allegations in Paragraph Twelve for lack of knowledge as CIS does not generally track or interfile status inquiry information in the alien registration file.

13. Defendants deny the allegations in Paragraph Thirteen.

14. Defendants admit the allegations in Paragraph Fourteen.

   a) Defendants admit the allegations in Paragraph Fourteen subsection a.

   b) Defendants admit the first sentence of Paragraph Fourteen subsection b. Defendants are without sufficient information to admit or deny the remaining allegations.

   c) Defendants are without sufficient information to admit or deny the allegations in Paragraph Fourteen subsection c.

   d) Defendants admit the allegations in Paragraph Fourteen subsection d.

15. Defendants deny the allegations in Paragraph Fifteen.

## PRAYER

16. Paragraph Sixteen consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, the Defendants deny this paragraph.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

The court should dismiss the complaint under Fed. R. Civ. P. 12(b)(6) because Plaintiff cannot establish that Defendants' duty to act is ministerial, that no other adequate remedy is available, or that Plaintiff has a clear right to the relief sought. *See* 28 U.S.C. § 1361.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's complaint with prejudice; that Plaintiff take nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: July 10, 2007                                    Respectfully submitted,

                                                        SCOTT N. SCHOOLS
                                                        United States Attorney


                                                        _____/s/_____
                                                        ILA C. DEISS
                                                        Assistant United States Attorney
                                                        Attorneys for Defendants