1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                   UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11
   ALEXEY STEPANOV,                  )   No. C07-2492 RS
12                                    )
                        Plaintiff,    )   SUBSTITUTION OF COUNSEL
13                                    )
            v.                        )
14                                    )
   MICHAEL CHERTOFF, Secretary of the )
15 Department of Homeland Security; et al., )
                                      )
16                     Defendants.    )
                                      )
17 _____ )

18         PLEASE TAKE NOTICE that the representation of Defendants has been reassigned from

19 Ila C. Deiss to Melanie L. Proctor.

20         Melanie L. Proctor
           Office of the United States Attorney
21         450 Golden Gate Avenue, Box 36055
           San Francisco, California 94102
22         Telephone: (415) 436-6730
           FAX: (415) 436-6927
23
   Dated: July 23, 2007                  Respectfully submitted,
24
                                         SCOTT N. SCHOOLS
25                                       United States Attorney

26
                                         _____/s/_____
27                                       MELANIE L. PROCTOR
                                         Assistant United States Attorney
28

   SUBSTITUTION OF COUNSEL
   C07-2492 RS