SCOTT N. SCHOOLS (SC SBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEXEY STEPANOV, | ) No. C 07-2492 RS |
|     Plaintiff, | ) |
| v. | ) **CONSENT TO PROCEED BEFORE A** |
|  | ) **UNITED STATES MAGISTRATE JUDGE** |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al., | ) |
|     Defendants. | ) |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 25, 2007                       Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney

                                                 /S/
                                          MELANIE L. PROCTOR
                                          Assistant United States Attorney

Consent to Magistrate Jurisdiction
C07-2492 RS