1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13  ALEXEY STEPANOV,                    )   No. C07-2492 RS
                                        )
                    Plaintiff,          )
14                                      )   STIPULATION TO BRIEFING
           v.                           )   SCHEDULE
15                                      )
    MICHAEL CHERTOFF, Secretary,        )
16  Department of Homeland Security;    )
    ALBERTO GONZALES, United States     )
17  Attorney General; EMILIO T. GONZALEZ,)
    Director, U.S. Citizenship and Immigration )
18  Services; F. GERARD HEINAUER,       )
    Director, Nebraska Service Center, U.S. )
19  Citizenship and Immigration Services; and )
    ROBERT S. MUELLER, III, Director,   )
20  Federal Bureau of Investigation,    )
                                        )
21                  Defendants.         )
                                        )
22

23      Pursuant to the Court's Order dated July 31, 2007, the parties stipulate to the following

24  briefing schedule:

25  ////

26  ///

27  ///

28  ///

STIPULATION TO BRIEFING SCHEDULE
C07-2492 RS

| | |
|---|---|
| Cross motions for summary judgment: | September 19, 2007 |
| Oppositions: | October 3, 2007 |
| Hearing: | October 24, 2007 |

Dated: August 3, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/S/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: August 3, 2007

/S/
JUDITH MICHAELS MORROW
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated:

RICHARD SEEBORG
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO BRIEFING SCHEDULE
C07-2492 RS                    2