SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

*E-FILED 8/3/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEXEY STEPANOV, ) <br> ) <br>           Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security; ) <br> ALBERTO GONZALES, United States ) <br> Attorney General; EMILIO T. GONZALEZ,) <br> Director, U.S. Citizenship and Immigration ) <br> Services; F. GERARD HEINAUER, ) <br> Director, Nebraska Service Center, U.S. ) <br> Citizenship and Immigration Services; and ) <br> ROBERT S. MUELLER, III, Director, ) <br> Federal Bureau of Investigation, ) <br> ) <br>           Defendants. ) <br>                                       ) | No. C07-2492 RS <br><br> STIPULATION TO BRIEFING SCHEDULE <br> AND ORDER |

     Pursuant to the Court's Order dated July 31, 2007, the parties stipulate to the following briefing schedule:

////

///

///

///

STIPULATION TO BRIEFING SCHEDULE
C07-2492 RS

| | |
|---|---|
| Cross motions for summary judgment: | September 19, 2007 |
| Oppositions: | October 3, 2007 |
| Hearing: | October 24, 2007 |

Dated: August 3, 2007                                                  Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

            /S/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: August 3, 2007                                                            /S/
JUDITH MICHAELS MORROW
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: August 8, 2007

RICHARD SEEBORG
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO BRIEFING SCHEDULE
C07-2492 RS                                         2