SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEXEY STEPANOV,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; PETER D. KEISLER, United States Attorney General; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; F. GERARD HEINAUER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services; and ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,<br><br>           Defendants. | No. C07-2492 RS<br><br>NOTICE OF MOTION AND DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT<br><br>Date:      October 24, 2007<br>Time:     9:30 a.m.<br>Courtroom:  4, 5th Floor |

      PLEASE TAKE NOTICE THAT on October 24, 2007, at 9:30 a.m., before the Honorable Richard Seeborg, Courtroom No. 4, 280 South First Street, San Jose, California 95113, Defendants Michael Chertoff, Secretary of the Department of Homeland Security, et al., by their attorneys, Scott N. Schools, United States Attorney for the Northern District of California, and Melanie L. Proctor, Assistant United States Attorney, will move this Court for an order granting summary judgment to Defendants on Plaintiff's Complaint for a Writ of Mandamus pursuant to Federal Rule of Civil Procedure 56.

Defendants' Motion is based on this notice, the points and authorities in support of this motion, the declarations of F. Gerard Heinauer and Michael Cannon in support of this motion, the pleadings on file in this matter, and on such oral argument as the Court may permit.

Dated: September 19, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/S/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
No. C07-2492 RS                                       2