Judith Michaels Morrow, Esq. (CA SBN 115109)
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 781-5744
Fax (415) 392-8208
Email: judithmorrow@pacbell.net

Attorney for Plaintiff
Alexey STEPANOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DISTRICT

| | |
|---|---|
| Alexey Stepanov, <br><br> Plaintiff, <br><br> vs. <br><br> Michael Chertoff, Secretary, Department of Homeland Security; Peter Keisler, Acting Attorney General; Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services; F. Gerard Heinauer, Director, Nebraska Service Center, United States Citizenship and Immigration Services, Robert S. Mueller, III, Director, Federal Bureau of Investigation <br><br> Defendants. | Case No.: C 07-02492 RS <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** <br><br> Magistrate Judge: Hon. Richard Seeborg <br> Date:    October 24, 2007 <br> Time:    9:30 A.M. <br><br> Courtroom 4, 5th Floor |

## NOTICE OF MOTION

TO THEIR DEFENDANTS AND ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that this matter may be heard before the Honorable Judge Richard Seeborg, located at 280 South First Street, Courtroom 4, 5th Floor, San Jose, CA 95113, October 24, 2007 at 9:30 AM, at which time Plaintiff Alexey Stepanov will and hereby moves the court for summary judgment pursuant to Federal Rule of Civil Procedure 56 on the ground

1 that there is no genuine issue as to any material fact and that Plaintiff is entitled to a judgment as
2 a matter of law.
3     Plaintiff's motion is based on this Notice of Motion and Motion, the accompanying
4 Memorandum of Points and Authorities in support of this motion and attached declaration, all
5 pleadings and papers filed in this action, and upon such other matters as may be presented to the
6 Court at the time of the hearing.

8 September 19, 2007                                Respectfully submitted,

9                                                         /s/

10                                                  Judith Michaels Morrow
11                                                  Attorney for Plaintiff Alexey Stepanov