DECLARATION

This Declaration is offered in support of my request for an order of mandamus to compel the Department of Homeland Security and other defendants to complete processing my application for adjustment of status.

1. My name is Alexey Stepanov. I was born in Moscow, U.S.S.R. as Alexey Lipkin on September 10, 1965. I changed my family name to Stepanov, my mother's maiden name, at a government office in Moscow soon after my eighteenth birthday so that my legal name became Alexey Stepanov. I never used the name Alexey Lipkin after that. I immigrated to Israel in December 1991 with my wife and son.

2. I have applied for and been granted nonimmigrant visas. I received a B-1/ B-2 visa in about 1996 and an L-1 visa in 2004, both at the U.S. embassy in Tel Aviv. I have never made a visa application that has been denied.

3. I entered the United States as an L-1A Manager with KLA-Tencor in December 2004. In 2005, KLA-Tencor substituted my qualifications in on an approved Permanent Labor Certification and filed an I-140 petition on my behalf. I filed an application for adjustment of status in connection with the I-140 petition on June 14, 2005. The I-140 petition was approved on August 17, 2005. In all my time as an L-1 worker and adjustment applicant, I have traveled outside the U.S. about twelve times and have never had any difficulty being admitted back into the United States.

4. I have never been arrested or had any difficulties with the police either in Russia, Israel or in the United States.

5. After my application for adjustment had been pending for about one year, my former attorneys began making inquiries about the status of my application. We were told that the only reason that it remained pending was that the security clearance had not been completed. Over the past one and a half years, I have made requests on the status of my application, through my attorneys and through Congresswoman Anna Eshoo's office and have always been told that the only reason why my application was still pending was because the name check had not been completed.

6. I want to have a settled status in the United States. When I began to investigate the possibility of obtaining a loan to buy a home for myself and my family, I was told in one case that no funds were available because I did not have permanent residence. In another case, the interest rate would be two to three times higher than the customary rate because I was not a permanent resident. Also, my son Ilan is a college student and because none of us has permanent resident status, we have either been refused a student loan for his education or else been offered terms which impose a much higher rate of interest than what is offered to permanent residents or U.S. citizens.

7. I, along with my family, have had to apply for advance parole documents and Employment Authorization Documents on three separate occasions, each time costing me several hundred dollars.

8. I do not understand what is delaying adjudication of my application. I have not been asked for any additional information but would have gladly supplied it if it had been requested. In March 2007, my application was transferred to the Nebraska Service and I understood that this would speed up the process. Still I have received no request for additional information. I want very much to have my application completed so that I am able to plan my future for myself and my family.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on the 5th day of September 2007.

_A. Cuf._

Alexey Stepanov