Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

| RECEIPT NUMBER<br>WAC-05-182-52510 | | CASE TYPE I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE<br>June 17, 2005 | PRIORITY DATE<br>August 17, 2001 | PETITIONER<br>KLA TENCOR CORPORATION |
| NOTICE DATE<br>August 17, 2005 | PAGE<br>1 of 1 | BENEFICIARY A098 470 421<br>STEPANOV, ALEXEY |

CARLA TARAZI
BERRY APPLEMAN & LEIDEN LLP
RE: KLA TENCOR CORPORATION
353 SACRAMENTO ST STE 1300
SAN FRANCISCO CA 94111-3633

Notice Type:  Approval Notice
Section: Mem of Profession w/Adv Deg, or
         of Exceptn'l Ability
         Sec.203(b)(2)

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 01/31/05) N