**Tracy Cole**

| | |
|---|---|
| **From:** | CSC XII 485 [CSC-XII.485@dhs.gov] |
| **Sent:** | Monday, June 05, 2006 8:37 AM |
| **To:** | Tracy Cole |
| **Subject:** | RE: CSC Inquiry: I-485 WAC0518252411 |

Unfortunately, this applicant's background security/name check has not yet cleared by the FBI as of this date. We regret to inform you that until the result is received the USCIS must suspend further processing on the case. Thank you for your continued patience with this process.

Officer R. Cruz
California Service Center
Congressional & Customer Service Relations
Division XII

-----Original Message-----

| | |
|---|---|
| **From:** | Tracy Cole [mailto:tcole@usabal.com] |
| **Sent:** | Thursday, May 11, 2006 11:11 AM |
| **To:** | 485, Csc-XII |
| **Cc:** | Tracy Cole; Carla Tarazi |
| **Subject:** | CSC Inquiry: I-485 WAC0518252411 |

INQUIRY INFORMATION

| | |
|---|---|
| Name of individual making inquiry: | Carla Tarazi |
| Relationship to the application or petition: | Attorney of Record |
| Phone: | 415-743-9687 |
| Fax: | 415-398-1808 |
| E-mail: ctarazi@usabal.com | |
| WAC or A file: | WAC0518252411 |
| Form type: | I-485 |
| Applicant: | Alexey Stepanov |

Please explain your question or concern:

Mr. Stepanov's application is overdue. Please provide a status update.

Thank you.


Tracy Cole
Lead Legal Assistant to Carla Tarazi
Berry, Appleman & Leiden LLP
353 Sacramento St., Suite 1300
San Francisco, CA 94111
Direct Phone 415-743-9614  General phone 415-398-1800 Main fax 415-398-1808 E-mail tcole@usabal.com

This e-mail is intended only for the individual or entity to whom it is addressed and may be a confidential communication privileged by law. Any