# Tracy Cole

**From:** CSC XII 485 [CSC-XII.485@dhs.gov]
**Sent:** Monday, October 16, 2006 12:07 PM
**To:** Tracy Cole
**Subject:** RE: CSC inquiry: I-485/ WAC0518252411: STEPANOV, Alexey

**The I-485 at question is still pending FBI name check clearance. Once the file has been cleared by FBI, the file will be adjudicated. The Service has NO control on how long it takes FBI to clear the case.**

Officer Bueno
Division 12
California Service Center

---

**From:** Tracy Cole [mailto:tcole@usabal.com]
**Sent:** Friday, October 06, 2006 5:02 PM
**To:** CSC XII 485 (E-mail)
**Cc:** Tracy Cole; Carla Tarazi
**Subject:** CSC inquiry: I-485/ WAC0518252411: STEPANOV, Alexey

INQUIRY INFORMATION

| | |
|---|---|
| Name of individual making inquiry: | Carla Tarazi |
| Relationship to the application or petition: | Attorney of Record |
| Phone: | 415-743-9687 |
| Fax: | 415-398-1808 |
| E-mail: | ctarazi@usabal.com |
| WAC or A file: | WAC0518252411 |
| Form type: | I-485 |
| Applicant: | Alexey Stepanov |

Please explain your question or concern:

Mr. Stepanov's application was filed 6/1/05 and his priority date is current. Please provide a status update.

10/16/06