# Immigration
## Privacy Release Form

Return to:
Congresswoman Anna G. Eshoo
698 Emerson Street
Palo Alto, California 94301
650-323-2984/408-245-2339/
831-335-2020 (phone)
650-323-3498 (fax)

Name: **ALEXEY STEPANOV**

Address: **627 ALBERTA AVE**
**SUNNYVALE, CA 94087**

Phone (day): **(408) 832 3677**   Phone (evening): **(408) 733 3268**

E-mail: **aStepanov@techsem.net**

Address at time of filing (if different): **1565 Daphne Dr., San Jose, CA 95129**

Name of Beneficiary: **N/A**

Relationship to Petitioner: **N/A**

Date of Birth: **09/10/1965**   Country of Birth: **USSR**

Alien Registration Number (A #): **A 98470421**

Receipt Number (WAC #): **WAC-05-182-52411**

Priority Date: **August 17, 2001**   Date of last fingerprints: **09/02/2005**

Form Filed:

___ I-129 ( )   **X** I-485   ___ I-824   ___ N-600   ___ I-600   ___ I-130   ___ I-526
___ N-400   ___ N-643   ___ I-600A   ___ I-140   ___ I-539   ___ N-565   ___ G-639
___ I-131   ___ I-751   ___ I-765   ___ I-601   ___ I-612   ___ I-90   ___ I-485
___ Labor Certification   ___ Other (specify): _____

Where Form Filed: **California Service Center**

Last Action by the BCIS: **fingerprints on 09/02/2005**

*Continued →*

*Private and Confidential*

Patty Cox

**Brief description of Problem:**

In March 2006 I was told that my application was stuck and 2 additional inquiries not produced results. The only thing that lacking to complete processing of my application is the FBI security/name check. Following that date my attorney made 2 inquiries in May and October and were told that the name check had not been completed.

I request your office help and assistance in facilitating completion of this last step to complete my application for permanent resident.

I am requesting assistance with a __X__ status check/ _____ an expedite* from Congresswoman Anna G. Eshoo regarding my case currently pending with the BCIS and I hereby give her office authorization to contact the BCIS on my behalf.

Signature: _A. C____
Date: __01/16/2007__

*If you are requesting an expedite for your application, please enclose a <u>separate</u> letter with the request clearly stated and attach supporting documentation showing emergent need (i.e. note from physician).

Private and Confidential