| | | |
|---|---|---|
| WASHINGTON OFFICE<br>205 CANNON BUILDING<br>WASHINGTON, DC 20515-0514<br>(202) 225-8104<br>FAX (202) 225-8890<br><br>DISTRICT OFFICE<br>698 EMERSON STREET<br>PALO ALTO, CA 94301-1609<br>(650) 323-2984<br>(408) 245-2339<br>(831) 335-2020<br>FAX (650) 323-3498<br><br>http://eshoo.house.gov | **Anna G. Eshoo**<br>**14th District, California**<br>**Congress of the United States**<br>**House of Representatives**<br>**Washington, DC 20515-0514** | COMMITTEE ON ENERGY AND COMMERCE<br>SUBCOMMITTEES:<br>TELECOMMUNICATIONS AND THE INTERNET<br>HEALTH<br><br>PERMANENT SELECT COMMITTEE ON INTELLIGENCE<br>SUBCOMMITTEES:<br>INTELLIGENCE POLICY AND NATIONAL SECURITY, RANKING MEMBER<br>TECHNICAL AND TACTICAL INTELLIGENCE<br><br>WHIP AT LARGE<br><br>CO-CHAIR<br>E-911 CAUCUS<br><br>CO-CHAIR<br>MEDICAL TECHNOLOGY CAUCUS<br><br>VICE-CHAIR<br>DEMOCRATIC BUDGET GROUP |

April 12, 2007

Mr. Alexey Stepanov
627 Alberta Avenue
Sunnyvale, California 94087

Dear Mr. Stepanov,

I write to follow up with you regarding your case.

The FBI notified me that your Name Check is still actively being reviewed. Once completed, they will notify the CIS so that a decision can be made on your case. I've asked the CIS to adjudicate your application as expeditiously as possible and notify you directly of their decision. Your case is now pending with the Nebraska Service Center.

I hope this information is helpful to you and thank you again for the opportunity to be of assistance. If you have any questions or updates on your case, please contact Patty Kim in my Palo Alto District Office. We will continue to follow up with the FBI periodically to check on the progress of your case.

Enclosed is information on security checks that I thought might be of interest to you.

Sincerely,

Anna G. Eshoo
Member of Congress

Enclosure