JUDITH MICHAELS MORROW

ATTORNEY AT LAW

400 MONTGOMERY ST. #810

SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: (415) 781-5744

FAX: (415) 392-8208

March 13, 2007

CERTIFIED MAIL – RETURN RECEIPT

Gerard Heinauer
Center Director
USCIS NSC
P.O. Box 82521
Lincoln, NE 68501-2521

RE: I-485 Application to Adjust Status
PRINCIPAL APPLICANT: Alexey STEPANOV – A98 470 421
WAC-05-182-52411

Dear Mr. Heinauer:

I represent the above named individual in connection with his application to adjust status, currently pending at the Nebraska Service Center. Attached is a G-28 executed by Alexey Stepanov in connection with this inquiry as well as a copy of the Receipt Notice for Mr. Stepanov's application and printed online confirmation that this case is presently lodged at the Nebraska Service Center.

Mr. Stepanov and his family members (Olga Stepanov/WAC05 182 52407; Daniela Stepanov/WAC05 176 50642; Shely Stepanov/ WAC05 182 52387; Ilan Stepanov/ WAC05 182 52400) applied for adjustment on June 14, 2005 on the basis of an approved I-140 petition and Foreign Labor Certification Application. He was advised in June 2006 that the FBI name check clearance was still pending and adjudication could not be completed without it. He has since received several confirmations that once the FBI name check has been completed, the application will be adjudicated. At the present date, Mr. Stepanov's application has been pending for nearly two years and the FBI name check still has not been completed.

The Stepanov family are deeply anxious about the long pendency of these applications many reasons including the fact that Ilan Stepanov, Alexey and Olga's son, will turn 21 years old in 2008. Please adjudicate this application within 30 days or we will be compelled to file an action for mandamus in federal court. Thank you for your attention to this important matter.

Very truly yours,

Judith Michaels Morrow