S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S Citizenship
and Immigration
Services**

April 3, 2007
Refer To File No.
A 98 470 421

MUDITH MICHAELS MORROW
400 MONTGOMERY ST STE 810
SAN FRANCISCO CA 94104

Dear Sir or Madam:

In response to your inquiry, dated 03/20/07.

ALEXEY STEPANOV (A 98 470 421   WAC 05 182 52411)
OLGA STEPANOV  (A 98 470 422   WAC 05 182 52407)
DANIELA STEPANOV (A 98 470 424  WAC 05 176 50642)
SHELY STEPANOV (A 98 470 425  WAC 05 182 52387)
ILAN STEPANOV  (A 98 470 423  WAC 05 182 52400)

A check of our records establishes that your case is not yet ready for a decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case(s). These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

Please provide a G-28 properly completed for each family member.

If you have any further questions please feel free to contact the National Customer Service

S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S Citizenship
and Immigration
Services**

Center at their toll free number, 1-800-375-5283 or you may access the USCIS website at www.uscis.gov should you have any further questions or need additional information.

Sincerely,

F. Gerard Heinauer
Director
NSC/JMT/EX128