\*\*\* DO NOT RESPOND TO THIS E-MAIL \*\*\*

The last processing action taken on your case

Receipt Number: WAC0518252411

Application Type: I485 , APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status: This case has been sent to another office for processing.

On March 2, 2007, we transferred this I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS to our LINCOLN, NE location for processing and sent you a notice explaining this action. Please follow any instructions on this notice. You will be notified by mail when a decision is made, or if the office needs something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when this case will be done. This case has been sent to our LINCOLN, NE location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

If you have questions or concerns about your application or the case status results listed above, or if you have not received a decision from USCIS within the current processing time listed\*, please contact USCIS Customer Service at (800) 375-5283.

\*Current processing times can be found on the USCIS website at www.uscis.gov under Case Status & Processing Dates.
\*\*\* Please do not respond to this e-mail message.


Sincerely,


The U.S. Citizenship and Immigration Services (USCIS)