

NO ARREST RECORD
MAR 5 2007
CJIS DIVISION
FBI