**BILL LOCKYER**
*Attorney General*



State of California
**DEPARTMENT OF JUSTICE**



BUREAU OF CRIMINAL IDENTIFICATION AND INFORMATION
P.O. Box 903417
SACRAMENTO, CA 94203-4170

January 05, 2007

ALEXEY STEPANOV
627 ALBERTA AVE
SUNNYVALE, CA 94087

RE: California Criminal History Information

Dear Applicant:

This is in response to your inquiry concerning the existence of a California criminal history record within the files of the Department of Justice's Bureau of Criminal Identification and Information. As of the date of this letter, a search of your fingerprints did not identify with any criminal history record maintained by this Bureau as provided by the California Penal Code Sections 11120-11127.

Pursuant to California Penal Code section 11121, the purpose of a record review request is to afford an individual with a copy of their record and to refute any erroneous or inaccurate information contained therein. The intent is not to be used for licensing, certification or employment purposes.

Additionally, California Penal Code sections 11125, 11142, and 11143 does not allow for a person or agency to make a request to another person to provide them with a copy of an individual's criminal history or notification that a record does not exist; does not allow an authorized person to furnish the record to an unauthorized person; nor does it allow an unauthorized person to buy, receive or possess the record or information. A violation of these section codes is a misdemeanor.

Sincerely,

*Robert Santos*

ROBERT SANTOS, Assistant Manager
Record Support Section
Bureau of Criminal Identification and Information

For  BILL LOCKYER
     Attorney General

BCII 8708 (Rev. 05/06)