

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

March 5, 2007

MR ALEXEY STEPANOV
627 ALBERTA AVENUE
SUNNYVALE, CA 94087

Request No.: 1071501-000
Subject: STEPANOV, ALEXEY

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
　Dissemination Section
Records Management Division

Enclosure