```
1   Judith Michaels Morrow (CA SBN #115109)
    400 Montgomery Street, Suite 810
2   San Francisco, CA 94104
    Tel. (415) 781-5744
3   Fax (415) 392-8208
    Email:  judithmorrow@pacbell.net
4
    Attorney for Plaintiff
5   Alexey STEPANOV
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DISTRICT

| | |
|---|---|
| Alexey Stepanov,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Michael Chertoff, Secretary, Department of Homeland Security; Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services; Peter Keisler, Acting Attorney General; F. Gerard Heinauer, Director, Nebraska Service Center, United States Citizenship and Immigration Services; Robert S. Mueller, III, Director, Federal Bureau of Investigation<br><br>　　　　Defendants. | Case No.:  C 07-02492 RS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　　The motion of Plaintiff Alexey Stepanov for summary judgment came on regularly for hearing before this Court October 24, 2007.  Plaintiff filed a complaint for a writ of mandamus based on Defendants' delay in adjudicating his application for adjustment to lawful permanent residency.  The application has been pending for over two years and is based on an approved I-140 immigrant worker petition.  See 8 U.S.C. § 1255(a).

Case C 07-02492 RS
[Proposed] Order Granting Plaintiff's Mot. For SJ　　　　1

      Mandamus is an extraordinary remedy and is available to compel a federal official to perform a duty only if (1) the individual's claim is clear and certain; (2) the official's duty is non-discretionary, ministerial, and so plainly prescribed as to be free from doubt, and (3) no other adequate remedy is available. *Patel v. Reno* 134 F.3d 929, 931 (9th Cir. 1997). The Court finds that both the Immigration and Nationality Act and its implementing regulations, create a mandatory and non-discretionary duty that Defendants adjudicate the pending application for permanent residency. <u>See</u> 8 U.S.C. § 1255(a); 8 C.F.R. § 245.2(a)(5). The Court further finds that the Administrative Procedures Act ("APA") requires that such applications be adjudicated within a "reasonable time." 5 U.S.C. § 555(b). The Court finds that the two year delay in adjudicating Plaintiff's application is unreasonable. <u>See e.g.</u> *Gelfer v. Chertoff* 2007 WL 902382 (N.D. Cal. March 22, 2007) at *2; *Yu v. Brown* 36 F. Supp. 2d 922, 928-32 (D.N.M. 1999).

      After considering the motion for summary judgment, the parties' response, the arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED THAT Plaintiff's Motion for summary judgment be and hereby is GRANTED. The Court shall retain jurisdiction over this matter and orders that Plaintiff's application be adjudicated within thirty (30) days of an immigrant visa number becoming available to him.

Dated: _____

                                                        United States Magistrate Judge
                                                         Richard Seeborg