Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | APPLICATION NUMBER<br>WAC0518252411 | | NOTICE DATE<br>2/21/2007 |
|---|---|---|---|
| CASE TYPE<br>I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A098470421 | CODE<br>1 |
| | TCR | SERVICE CENTER<br>WSC | PAGE<br>1 of 1 |

ALEXEY STEPANOV
627 ALBERTA AVE
SUNNYVALE, CA 94087


BIOMETRICS PROCESSING STAMP
ASC SITE CODE XIE / SAN JOSE
BIOMETRICS QA REVIEW BY:
_____ ON _____
TENPRINTS QA REVIEW BY:
_____ ON MAR 2 0 2007



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>USCIS SAN JOSE<br>122 CHARCOT AVE.<br>SAN JOSE, CA 95131 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY.<br>**DATE AND TIME OF APPOINTMENT**<br>03/20/2007<br>12:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN JOSE, 122 CHARCOT AVE., SAN JOSE, CA 95131

APPLICATION NUMBER 1
I485     -   WAC0518252411



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*