# Visa Bulletin

Number 110
Volume VIII
Washington, D.C.

## VISA BULLETIN FOR SEPTEMBER 2007

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during **September**. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Services in the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the extent possible under the numerical limitations, for the demand received by August **13th** in the chronological order of the reported priority dates. If the demand could not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was excessive was deemed oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. Only applicants who have a priority date **earlier than** the cut-off date may be allotted a number. Immediately that it becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be honored only if the priority date falls within the new cut-off date.

2. The fiscal year 2007 limit for family-sponsored preference immigrants determined in accordance with Section 201 of the Immigration and Nationality Act (INA) is 226,000. The fiscal year 2007 limit for employment-based preference immigrants calculated under INA 201 is 147,148. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 26,120 for FY-2007. The dependent area limit is set at 2%, or 7,463.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

**First:** Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

**Second:** Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the per-country limit;

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

**Third:** Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second preferences.

**Fourth:** Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

**First:** Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not required for fourth and fifth preferences.

**Second:** Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

**Third:** Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not required by first and second preferences, not more than 10,000 of which to "Other Workers".

**Fourth:** Certain Special Immigrants: 7.1% of the worldwide level.

**Fifth:** Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a targeted rural or high-unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit. These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, INDIA, MEXICO, and PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. (NOTE: Numbers are available only for applicants whose priority date is **earlier** than the cut-off date listed below.)

| Family | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|---|---|---|---|---|---|
| 1st | 01OCT01 | 01OCT01 | 01OCT01 | 01JAN91 | 15MAY92 |
| 2A | 08OCT02 | 08OCT02 | 08OCT02 | 01APR02 | 08OCT02 |
| 2B | 01JUL98 | 01JUL98 | 01JUL98 | 08MAR92 | 15NOV96 |
| 3rd | 01JAN00 | 01JAN00 | 01JAN00 | 08FEB88 | 15FEB91 |
| 4th | 01MAR97 | 22JUL96 | 15APR96 | 01SEP90 | 01JUN85 |

*NOTE: For September, 2A numbers **EXEMPT from per-country limit** are available to applicants from all countries with priority dates **earlier** than 01APR02. 2A numbers **SUBJECT to per-country limit** are available to applicants chargeable to all countries **EXCEPT MEXICO** with priority dates beginning 01APR02 and earlier than 08OCT02. (All 2A numbers provided for MEXICO are exempt from the per-country limit; there are no 2A numbers for MEXICO subject to per-country limit.)

|  | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIP-PINES |
|---|---|---|---|---|---|
| Employ-ment | | | | | |

| -Based | | | | | |
|---|---|---|---|---|---|
| 1st | 01JAN07 | 01JAN07 | 01JAN07 | 01JAN07 | 01JAN07 |
| 2nd | 01JAN07 | 01JAN06 | 01APR04 | 01JAN07 | 01JAN07 |
| 3rd | 01AUG02 | U | U | U | 01AUG02 |
| Other Workers | U | U | U | U | U |
| 4th | 01JAN07 | 01JAN07 | 01JAN07 | 01JAN07 | 01JAN07 |
| Certain Religious Workers | 01JAN07 | 01JAN07 | 01JAN07 | 01JAN07 | 01JAN07 |
| 5th | 01JAN07 | 01JAN07 | 01JAN07 | 01JAN07 | 01JAN07 |
| Targeted Employment Areas/ Regional Centers | 01JAN07 | 01JAN07 | 01JAN07 | 01JAN07 | 01JAN07 |

The Department of State has available a recorded message with visa availability information which can be heard at: (area code 202) 663-1541. This recording will be updated in the middle of each month with information on cut-off dates for the following month.

Employment Third Preference Other Workers Category: Section 203(e) of the NACARA, as amended by Section 1(e) of Pub. L. 105-139, provides that once the Employment Third Preference Other Worker (EW) cut-off date has reached the priority date of the latest EW petition approved prior to November 19, 1997, the 10,000 EW numbers available for a fiscal year are to be reduced by up to 5,000 annually beginning in the following fiscal year. This reduction is to be made for as long as necessary to offset adjustments under the NACARA program. Since the EW cut-off date reached November 19, 1997 during Fiscal Year 2001, the reduction in the EW annual limit to 5,000 began in Fiscal Year 2002.

### B. DIVERSITY IMMIGRANT (DV) CATEGORY

Section 203(c) of the Immigration and Nationality Act provides a maximum of up to 55,000 immigrant visas each fiscal year to permit immigration opportunities for persons from countries other than the principal sources of current immigration to the United States. The Nicaraguan and Central American Relief Act (NACARA) passed by Congress in November 1997 stipulates that beginning with DV-99, and for as long as necessary, up to 5,000 of the 55,000 annually-allocated diversity visas will be made available for use under the NACARA program. **This reduction has resulted in the DV-2007 annual limit being reduced to 50,000**. DV visas are divided among six geographic regions. No one country can receive more than seven percent of the available diversity visas in any one year.

For **September**, immigrant numbers in the DV category are available to qualified DV-2007 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers **BELOW** the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | |
|---|---|---|
| | | Except: Egypt: 23,900 |

| | | |
|---|---|---|
| AFRICA | CURRENT | Ethiopia: 16,000<br>Nigeria: 20,700 |
| ASIA | CURRENT | |
| EUROPE | CURRENT | |
| NORTH AMERICA (BAHAMAS) | CURRENT | |
| OCEANIA | CURRENT | |
| SOUTH AMERICA, and the CARIBBEAN | CURRENT | |

Entitlement to immigrant status in the DV category lasts only through the end of the fiscal (visa) year for which the applicant is selected in the lottery. The year of entitlement for all applicants registered for the DV-2007 program ends as of September 30, 2007. DV visas may not be issued to DV-2007 applicants after that date. Similarly, spouses and children accompanying or following to join DV-2007 principals are only entitled to derivative DV status until September 30, 2007. DV visa availability through the very end of FY-2007 cannot be taken for granted. Numbers could be exhausted prior to September 30.

C. ADVANCE NOTIFICATION OF THE DIVERSITY (DV) IMMIGRANT CATEGORY RANK CUT-OFFS WHICH WILL APPLY IN OCTOBER

For **October**, immigrant numbers in the DV category are available to qualified DV-2008 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers **BELOW** the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | |
|---|---|---|
| AFRICA | 6,700 | Except:<br>Egypt: 3,400<br>Ethiopia: 2,900<br>Nigeria: 4,700 |
| ASIA | 2,100 | |
| EUROPE | 5,800 | |
| NORTH AMERICA (BAHAMAS) | 2 | |
| OCEANIA | 300 | |
| SOUTH AMERICA, and the CARIBBEAN | 400 | |

### D. EMPLOYMENT PREFERENCE VISA AVAILABILITY FOR SEPTEMBER

Due to the return of unused July numbers by consular posts abroad, and the limited amount of pending demand eligible for final processing at consular posts, it has been possible to reestablish cut-off dates in many of the Employment preference categories.

### E. MEXICO FAMILY FOURTH PREFERENCE RETROGRESSION:

There has been a significant increase in number use in the Mexico Family Fourth preference category. As a result, it has been necessary to retrogress this cut-off date for September in an effort to hold number use within the annual numerical limit.

### F. DETERMINATION OF THE NUMERICAL LIMITS ON IMMIGRANTS REQUIRED UNDER THE TERMS OF THE IMMIGRATION AND NATIONALITY ACT (INA)

The State Department is required to make a determination of the worldwide numerical limitations, as outlined in Section 201(c) and (d) of the INA, on an annual basis. These calculations are based in part on data provided by Citizenship and Immigration Services (CIS) regarding the number of immediate relative adjustments in the preceding year and the number of aliens paroled into the United States under Section 212(d)(5) in the second preceding year. Without this information, it is impossible to make an official determination of the annual limits. To avoid delays in processing while waiting for the CIS data, the Visa Office (VO) bases allocations on the minimum annual limits outlined in Section 201 of the INA. On July 29th, CIS provided the required data to VO.

The Department of State has determined the family and employment preference numerical limits for FY-2007 in accordance with the terms of Section 201 of the INA. These numerical limitations for FY-2007 are as follows:

    Worldwide Family-Sponsored preference limit:      226,000
    Worldwide Employment-Based preference limit:      147,148

Under INA Section 202(a), the per-country limit is fixed at 7% of the family and employment annual limits. For FY-2007 the per-country limit is 26,120. The dependent area annual limit is 2%, or 7,463.

### G. DIVERSITY VISA LOTTERY 2007 (DV-2008) RESULTS

The Kentucky Consular Center in Williamsburg, Kentucky has registered and notified the winners of the DV-2008 diversity lottery. The diversity lottery was conducted under the terms of section 203(c) of the Immigration and Nationality Act and makes available *50,000 permanent resident visas annually to persons from countries with low rates of immigration to the United States. Approximately 96,000 applicants have been registered and notified and may now make an application for an immigrant visa. Since it is likely that some of the first *50,000 persons registered will not pursue their cases to visa issuance, this larger figure should insure that all DV-2008 numbers will be used during fiscal year 2008 (October 1, 2007 until September 30, 2008).

Applicants registered for the DV-2008 program were selected at random from over 6.4 million qualified entries received during the 60-day application period that ran from 12:00 AM on October 4, 2006, until midnight, December 3, 2006. The visas have been apportioned among six geographic regions with a maximum of seven percent available to persons born in any single country. During the visa interview, principal applicants must provide proof of a high school education or its equivalent, or show two years of work experience in an occupation that requires at least two years of training or experience within the past five years. Those selected will need to act on their immigrant visa applications quickly. Applicants should follow the instructions in their notification letter and must fully complete the information requested.

Registrants living legally in the United States who wish to apply for adjustment of their status must contact the Bureau of Citizenship and Immigration Services for information on the requirements and procedures. Once the total *50,000 visa numbers have been used, the program for fiscal year 2008 will end. Selected applicants who do not

receive visas by September 30, 2008 will derive no further benefit from their DV-2008 registration. Similarly, spouses and children accompanying or following to join DV-2008 principal applicants are only entitled to derivative diversity visa status until September 30, 2008.

Only participants in the DV-2008 program who were selected for further processing have been notified. Those who have not received notification were not selected. They may try for the upcoming DV-2009 lottery if they wish. The dates for the registration period for the DV-2009 lottery program will be widely publicized during August 2007.

* The Nicaraguan and Central American Relief Act (NACARA) passed by Congress in November 1997 stipulated that up to 5,000 of the 55,000 annually-allocated diversity visas be made available for use under the NACARA program. The reduction of the limit of available visas to 50,000 began with DV-2000.

The following is the statistical breakdown by foreign-state chargeability of those registered for the DV-2008 program:

| AFRICA | | |
|---|---|---|
| ALGERIA 1,926 | ETHIOPIA 5,241 | NIGER 165 |
| ANGOLA 27 | GABON 37 | NIGERIA 8,773 |
| BENIN 438 | GAMBIA, THE 57 | RWANDA 138 |
| BOTSWANA 22 | GHANA 5,914 | SENEGAL 917 |
| BURKINA FASO 186 | GUINEA 463 | SIERRA LEONE 1,137 |
| BURUNDI 39 | GUINEA-BISSAU 4 | SOMALIA 214 |
| CAMEROON 3,152 | KENYA 4,547 | SOUTH AFRICA 713 |
| CAPE VERDE 13 | LESOTHO 4 | SUDAN 1,147 |
| CENTRAL AFRICAN REP. 8 | LIBERIA 2,148 | SWAZILAND 4 |
| CHAD 47 | LIBYA 88 | TANZANIA 218 |
| COMOROS 5 | MADAGASCAR 43 | TOGO 1,509 |
| CONGO 1,206 | MALAWI 53 | TUNISIA 150 |
| CONGO, DEMOCRATIC REPUBLIC OF THE 111 | MALI 171 | UGANDA 370 |
| COTE D'IVOIRE 614 | MAURITANIA 27 | WESTERN SAHARA 1 |
| DJIBOUTI 20 | MAURITIUS 62 | ZAMBIA 214 |
| EGYPT 4,392 | MOROCCO 5,017 | ZIMBABWE 167 |
| EQUATORIAL GUINEA 7 | MOZAMBIQUE 8 | |
| ERITREA 878 | NAMIBIA 12 | |

| ASIA | | |
|---|---|---|

| | | |
|---|---|---|
| AFGHANISTAN 57 | ISRAEL 150 | QATAR 6 |
| BAHRAIN 11 | JAPAN 382 | SAUDI ARABIA 61 |
| BANGLADESH 5,983 | JORDAN 56 | SINGAPORE 70 |
| BHUTAN 10 | NORTH KOREA 4 | SRI LANKA 675 |
| BRUNEI 2 | KUWAIT 46 | SYRIA 94 |
| BURMA 653 | LAOS 7 | THAILAND 108 |
| CAMBODIA 187 | LEBANON 190 | TAIWAN 446 |
| HONG KONG SPECIAL ADMIN. REGION 69 | MALAYSIA 87 | UNITED ARAB EMIRATES 27 |
| INDONESIA 266 | MONGOLIA 259 | YEMEN 70 |
| IRAN 1,435 | NEPAL 2,562 | |
| IRAQ 164 | OMAN 5 | |

| | | |
|---|---|---|
| **EUROPE** | | |
| ALBANIA 2,862 | GERMANY 1,469 | NORTHERN IRELAND 34 |
| ANDORRA 1 | GREECE 77 | NORWAY 43 |
| ARMENIA 1,130 | HUNGARY 182 | PORTUGAL 48 Macau 19 |
| AUSTRIA 70 | ICELAND 13 | ROMANIA 1,526 |
| AZERBAIJAN 271 | IRELAND 162 | SERBIA 557 |
| BELARUS 1,072 | ITALY 363 | SLOVAKIA 157 |
| BELGIUM 89 | KAZAKHSTAN 304 | SLOVENIA 12 |
| BOSNIA & HERZEGOVINA 73 | KYRGYZSTAN 180 | SPAIN 135 |
| BULGARIA 1,567 | LATVIA 75 | SWEDEN 118 |
| CROATIA 41 | LITHUANIA 334 | SWITZERLAND 132 |
| CYPRUS 16 | LUXEMBOURG 12 | TAJIKISTAN 126 |
| CZECH REPUBLIC 158 | MACEDONIA 343 | TURKEY 2,188 |
| DENMARK 58 | MALTA 5 | TURKMENISTAN 124 |
| ESTONIA 37 | MOLDOVA 474 | UKRAINE 5,018 |
| FINLAND 59 | MONACO 4 | UZBEKISTAN 3,101 |

| | | |
|---|---|---|
| FRANCE 603<br>French Guiana 6<br>French Polynesia 6<br>Guadeloupe 4<br>Martinique 4 | MONTENEGRO 22 | |
| GEORGIA 516 | NETHERLANDS 123<br>Aruba 8<br>Netherlands Antilles 18 | |

| **NORTH AMERICA** | |
|---|---|
| BAHAMAS, THE 17 | |

| **OCEANIA** | | |
|---|---|---|
| AUSTRALIA 649 | NEW ZEALAND 260<br>Niue 5 | SAMOA 27 |
| FIJI 630 | PALAU 7 | SOLOMON ISLANDS 2 |
| KIRIBATI 9 | PAPUA NEW GUINEA 4 | TONGA 120 |

| **SOUTH AMERICA, CENTRAL AMERICA, AND THE CARIBBEAN** | | |
|---|---|---|
| ANTIGUA AND BARBUDA 1 | DOMINICA 9 | PARAGUAY 26 |
| ARGENTINA 106 | ECUADOR 217 | SAINT KITTS AND NEVIS 1 |
| BARBADOS 17 | GRENADA 1 | SAINT LUCIA 5 |
| BELIZE 14 | GUATEMALA 74 | SAINT VINCENT AND THE GRENADINES 1 |
| BOLIVIA 148 | GUYANA 24 | SURINAME 3 |
| CHILE 26 | HONDURAS 42 | TRINIDAD AND TOBAGO 82 |
| COSTA RICA 22 | NICARAGUA 39 | URUGUAY 23 |
| CUBA 691 | PANAMA 17 | VENEZUELA 256 |

*Natives of the following countries were not eligible to participate in DV-2008: Brazil, Canada, China (mainland-born, excluding Hong Kong S.A.R. and Taiwan), Colombia, Dominican Republic, El Salvador, Haiti, India, Jamaica, Mexico, Pakistan, Peru, the Philippines, Poland, Russia, South Korea, the United Kingdom (except Northern Ireland) and its dependent territories, and Vietnam.*

**H. OBTAINING THE MONTHLY VISA BULLETIN**

The Department of State's Bureau of Consular Affairs offers the monthly "Visa Bulletin" on the INTERNET'S WORLDWIDE WEB.  The INTERNET Web address to access the Bulletin is:

      **http://travel.state.gov**

From the home page, select the VISA section which contains the Visa Bulletin.

To be **placed on** the Department of State's E-mail subscription list for the "Visa Bulletin", please send an E-mail to the following E-mail address:

      **listserv@calist.state.gov**

and in the message body type:
**Subscribe Visa-Bulletin *First name/Last name***
***(example:  Subscribe Visa-Bulletin  Sally Doe)***

To be **removed from** the Department of State's E-mail subscription list for the  "Visa Bulletin", send an e-mail message to the following E-mail address:

      **listserv@calist.state.gov**

and in the message body type: **Signoff Visa-Bulletin**

The Department of State also has available a recorded message with visa cut-off dates which can be heard at: (area code 202) 663-1541. The recording is normally updated by the middle of each month with information on cut-off dates for the following month.

Readers may submit questions regarding Visa Bulletin related items by E-mail at the following address:

      **VISABULLETIN@STATE.GOV**

(This address cannot be used to subscribe to the Visa Bulletin.)

Department of State Publication 9514
CA/VO:August 13, 2007