Judith Michaels Morrow (CA SBN #115109)
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 781-5744
Fax (415) 392-8208
Email: judithmorrow@pacbell.net

Attorney for Plaintiff
Alexey STEPANOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DISTRICT

| | |
|---|---|
| Alexey Stepanov,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Michael Chertoff, Secretary, Department of Homeland Security; Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services; Peter Keisler, Acting Attorney General; F. Gerard Heinauer, Director, Nebraska Service Center, United States Citizenship and Immigration Services; Robert S. Mueller, III, Director, Federal Bureau of Investigation<br><br>　　　　Defendants. | Case No.: C 07-02492 RS<br><br>TABLE OF CONTENTS AND TABLE OF AUTHORITIES FOR REPLY TO DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT<br><br>Magistrate Judge: Hon. Richard Seeborg<br>Date:　Oct. 24, 2007<br>Time:　9:30 AM<br><br>Courtroom 4, 5th Floor |

　　Plaintiff Alexey Stepanov requests permission of the court to file the Table of Contents and Table of Authorities attached herein for Plaintiff's Reply to Defendants' Cross Motion for Summary Judgment. The attached Tables were inadvertently omitted from Plaintiff's Reply at filing.

Case C 07-02492 RS
Table of Contents/ Table of Authorities for Plaintiff's Reply to
Defendants' Cross Motion for Summary Judgment

1

1
2
3       Dated: _____              _____//s//_____
4                                          Judith Michaels Morrow
                                           Attorney for Plaintiff
5

Respectfully submitted,

Case C 07-02492 RS
Table of Contents/ Table of Authorities for Plaintiff's Reply to
Defendants' Cross Motion for Summary Judgment

2