TABLE OF CONTENTS

TABLES OF AUTHORITIES …………………..…………………….i

    I.      INTRODUCTION ……………………………………………...1

    2.      ARGUMENT ………………………………………………..2

          A.  Venue is proper in this Judicial District ……………………2

          B.  Processing Plaintiff's Application to Conclusion is a Discrete And Mandatory Act ………………………………………….3

          C.  USCIS May Not Evade Its Duty to Adjudicate by Claims Of the FBI's Discretion ……………………………………4

          D.  The FBI Owes The Plaintiff a Duty to Process His Name Check in a Reasonable Time……………………………….5

          E.  Defendants' Delay in Adjudicating Plaintiff's Application Is Unreasonable As a Matter of Law ……………………...6

    3.      CONCLUSION ……………………………………………11