TABLE OF AUTHORITIES

FEDERAL CASES

Cacace v. Swacina 07-20410-civ-Jordan. May 17, 2007 (S.D. Fl 2007)
  No. 07-20410, (S.D. Fla. May 17, 2007)........................................................4

*Dmitriev v. Chertoff*
  2007 WL 1319533 (N.D. Cal. May 4, 2007 ………………………………….5

*Dong v. Chertoff*
  2007 WL 2601107 N.D.Cal. Sep 06, 2007 …………………………………..7

*Grinberg v. Swacina*
  478 F. Supp. 2d 1350 (S.D. Fla 2007)………………………………………..7

*Ibrahim v. Chertoff*
  06cv2071-L 2007 U.S. Dist. LEXIS 38352 May 25, 2007……………....…2, 3

*Kaplan v. Chertoff*
   No. C06-5304, 2007 U.S. Dist. LEXIS 22935 (E.D. Pa 2007)
  481 F. Supp.2d 370 (E.D. Pa. 2007)……………………………………….5, 6

*Konchitsky v. Chertoff*
  2007 WL 2070325,(N.D. Cal. July 13, 2007) ……………………..5, 6, 7, 10

*Liu v. Chertoff*
   S-06-2808 RRB EFB 2007 U.S. Dist. LEXIS 61772
  (E.D. Cal. 2007) August 22, 2007 …………………..………………....6, 8, 9

*Norton v. Southern Utah Wilderness Alliance*
  542 U.S. 55 (2004) ………………………………………………..  3, 4

*Paunescu v. INS*
   76 F. Supp. 2d 896 (N.D. Ill. 1999) ……………………..…………….. 5, 6

*Qiu v. Chertoff*
  2007 WL 1831130 (N.D. Cal. June 25, 2007)……………………… ..4

*Singh v. Still*
  470 F. Supp. 2d 1064 (N.D. Cal. 2006) ………………………………….5, 9

*Toor v. Still* 2007 WL 2028407 (N.D. Cal 2007) ……………………………..8

*Yong Tang v. Chertoff*
  493 F. Supp. 2d 148 (D. Mass. 2007)

2007 WL 1821690 (D.Mass. 2007) ………………………………………..8

FEDERAL STATUTES AND REGULATIONS

6 U.S.C. § 271(b)(5) ……………………………………….10

6 U.S.C. § 557) …………………………………………….10

28 U.S.C. ¶ 1391(e) ………………………………………..2, 3

8 CFR § 245.2(A)(5)(5)(1)    ………………………………….4

8 CFR § 316.4 ……………………………………………….5

8 CFR § 334.2 ……………………………………………….5


Departments of Commerce, Justice,  and State, the Judiciary,
and Related Agencies Appropriations Act,  1991
       Pub. L. 101-515, 104 Stat. 2101……………………….5