UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Richard Seeborg, Presiding**
Courtroom 4 - 5th Floor

# Civil Minute Order

Date: October 24, 2007                                       Time in Court: 11 min.

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**   Alexey Stepanov v. Michael Chertoff, et. al.
**CASE NUMBER**: C07-02492RS
Plaintiff Attorney present: Judith Morrow
Defendant Attorney present: Melanie Proctor

---

**PROCEEDINGS: Plaintiff/Defendant Motions for Summary Judgment**

Court announces its tentative decision.  Counsel present arguments.

Matter is taken under submission.