SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEXEY STEPANOV, ) <br> ) <br>               Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security; ) <br> ALBERTO GONZALES, United States ) <br> Attorney General; EMILIO T. GONZALEZ, ) <br> Director, U.S. Citizenship and Immigration ) <br> Services; F. GERARD HEINAUER, ) <br> Director, Nebraska Service Center, U.S. ) <br> Citizenship and Immigration Services; and ) <br> ROBERT S. MUELLER, III, Director, ) <br> Federal Bureau of Investigation, ) <br> ) <br>              Defendants. ) <br> _____ ) | No. C07-2492 RS <br><br> STIPULATION TO DISMISS |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for adjustment of status.

///

///

STIPULATION TO DISMISS
C07-2492 RS

The parties shall bear their own costs and fees.

Dated: November 14, 2007               Respectfully submitted,

                                                     SCOTT N. SCHOOLS
                                                   United States Attorney

                                                   _____/s/_____
                                                   MELANIE L. PROCTOR[1]
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants

Dated: November 14, 2007               _____/s/_____
                                                   JUDITH MICHAELS MORROW
                                                   Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated:                                                      _____
                                                   RICHARD SEEBORG
                                                   United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C07-2492 RS                 2