1    SCOTT N. SCHOOLS (SC 9990)
     United States Attorney
2    JOANN M. SWANSON (CSBN 88143)                    *E-FILED 11/15/07*
     Chief, Civil Division
3    MELANIE L. PROCTOR (CSBN 228971)
     Melanie.Proctor@usdoj.gov
4    Assistant United States Attorney

5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6        Telephone: (415) 436-6730
         FAX: (415) 436-6927
7
     Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12
     ALEXEY STEPANOV,                )    No. C07-2492 RS
13                                   )
                    Plaintiff,       )
14                                   )
          v.                         )
15                                   )    STIPULATION TO DISMISS
     MICHAEL CHERTOFF, Secretary,    )    AND ORDER THEREON
16   Department of Homeland Security;)
     ALBERTO GONZALES, United States )
17   Attorney General; EMILIO T. GONZALEZ,)
     Director, U.S. Citizenship and Immigration )
18   Services; F. GERARD HEINAUER,   )
     Director, Nebraska Service Center, U.S. )
19   Citizenship and Immigration Services; and )
     ROBERT S. MUELLER, III, Director, )
20   Federal Bureau of Investigation, )
                                     )
21                  Defendants.      )
                                     )
22   _____)

23        Plaintiff, by and through his attorney of record, and Defendants, by and through their

24   attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

25   entitled action without prejudice in light of the fact that the United States Citizenship and

26   Immigration Services has approved Plaintiff's application for adjustment of status.

27   ///

28   ///

STIPULATION TO DISMISS
C07-2492 RS

1    The parties shall bear their own costs and fees.

2    Dated: November 14, 2007                    Respectfully submitted,

3                                                SCOTT N. SCHOOLS
                                                 United States Attorney
4
                                                 _____
5                                                       /s/
                                                 MELANIE L. PROCTOR[1]
6                                                Assistant United States Attorney
                                                 Attorneys for Defendants
7
8    Dated: November 14, 2007                    _____
                                                        /s/
                                                 JUDITH MICHAELS MORROW
9                                                Attorney for Plaintiff

                                    **ORDER**

10
11    Pursuant to the stipulation of the parties, IT IS SO ORDERED.

12

13    Dated:    November 15, 2007         _____

14                                        RICHARD SEEBORG
                                          United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27    _____

28        [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
      signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C07-2492 RS                        2